IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.   Case No. 5:13cr33-MW/HTC

KENNETH F. WILLIAMS,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 110, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 111. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The Motion to Vacate, Set Aside, or Correct Sentence, ECF No. 100, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall also close the file.

**SO ORDERED** on January 9, 2020.

                                      s/Mark E. Walker
                                      **Chief United States District Judge**